IN THE MATTER OF THE PETITION OF SOPHIA R. C. FURNISS
AND OTHERS, APPELLANTS, TO VACATE AN ASSESSMENT.

*Chapter 338, Laws of 1858; chap. 312, Laws of 1874 — when application to vacate
assessment cannot be made under.*

When an assessment has been made to pay the compensation awarded for land
taken to open streets in the city of New York, in pursuance of 2 Revised Laws
of 1813, page 409, section 178, as amended by chapter 483, Laws of 1862, an
application to vacate it under chapter 338, Laws of 1858, as amended by chap-
ter 312 of 1874, can only be made for fraud or substantial error, in cases where
no investigation could be had in the first instance or in the proceeding itself.

The statute does not apply to assessments imposed when no fraud is alleged, and
when no error is urged other than that the land assessed is not subject to
assessment.

*In matter of Aaron Arnold* (Court of Appeals, Feb. 1875) followed.

APPEAL from an order made at the Special Term, denying an
application to vacate an assessment for opening Twelfth avenue
from Fifty-ninth to One Hundred and Thirty-third street; and
for opening One Hundred and Fourth, One Hundred and Fifth
and One Hundred and Sixth streets, from Eighth avenue west to
the public drive. The petitioner alleged that the lots were all
below high-water mark, and actually covered by water, being in
the navigable portion of the Hudson river, and that for this reason
they were not subject to assessment.

*Daniel Lord, Jr.*, for the appellants.

*E. Delafield Smith* and *William Barnes*, for the respondent.

Opinion by BRADY, J.

DANIELS, J., concurred.

Order affirmed.